IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ARLENE M. BRODBECK,
            Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 05-CV-257

STIPULATION and ORDER REGARDING ATTORNEY'S FEES

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY - 1 2008
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412, in the amount of $7,500.00 be and hereby is allowed to Jaya Shurtliff, Esq., Olinsky & Shurtliff, 300 South State Street, Suite 520, Syracuse, New York 13202, in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA, and that payment be made directly to Jaya Shurtliff, Esq., pursuant to an assignment of EAJA fees signed by plaintiff.

Dated: May 1, 2008

By: /s/ Jaya Shurtliff
_____
Jaya Shurtliff
Attorney for Plaintiff

Dated: May 1, 2008

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /s/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: May 1, 2008
Syracuse, NY

_____
HON. NORMAN A. MORDUE
U.S. DISTRICT JUDGE